**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: O.M.H.

: No. 705 MAL 2014
:
:
PETITION OF: C.M.G., MOTHER     : Petition for Allowance of Appeal from the
: Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.